# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>KURT KRUMPHOLZ | CRIMINAL NO. 15-245<br><br>CIVIL NO. 17-5443 |
|---|---|

## ORDER

**AND NOW** this 18th day of September, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

The Motion to Supplement (ECF 109) is **GRANTED**.

The Motion to Vacate, Set Aside or Correct Sentence (ECF 94) is **DENIED.**

There are no grounds for a certificate of appealability.

**BY THE COURT:**

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\15-245, US v Krumpholz\15cr245 Order for Memorandum.docx