**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KURT KRUMPHOLZ** | **CRIMINAL ACTION**<br><br>**NO. 15-245** |

## ORDER

AFTER REVIEW of the request for compassionate release, defendant's factual material and the government's response, the Court finds that the Bureau of Prison is managing the risks to the health of inmates including defendant at Danbury in a responsible manner, and that defendant is getting adequate medical care. The Court cannot ignore the facts of the underlying conviction, which show sustained and serious criminal conduct. Although defendant is making serious efforts at rehabilitation, Congress has determined that mandatory minimum sentences for such conduct are necessary and release of defendant from custody at this time is not warranted by covid-19 risks.

**BY THE COURT:**

*/s/ Michael M. Baylson*
_____
**Michael M. Baylson, U.S.D.J.**

**Dated: June 1, 2020**

O:\Janice\ORDERS\15-245 release denied.06012020.doc