## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO.  15-245** |
| **KURT KRUMPHOLZ** | |

### ORDER

This Court has reviewed and denied three prior requests for compassionate release by Defendant.  The Defendant has since, by letter, renewed his request, now asking for a six (6) month reduction in his sentence, see letters dated November 22, 2021 (ECF 152), December 15, 2021 (ECF 155), and January 24, 2022 (ECF 156).  The Government has responded by a very detailed letter dated December 10, 2021 (ECF 154).

This Court does not have power to reduce the Defendant's sentence outside of statutory authority granted by Congress.  Defendant has not shown he is entitled to relief for so-called "compassionate release" under the First Step Act.  The Defendant's promises to make amends for his criminal conduct and work within the community he has offended are noteworthy and commendable.  However, despite Defendant's claim about the prison conditions, Defendant does not state a meritorious claim for compassionate release at this time.

**BY THE COURT:**

**s/ Michael M. Baylson**

**Dated:  1/31/2022**

**Michael M. Baylson, U.S.D.J.**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\15-245 order re comp release 01312022.doc