1/27/22

The Hon. Michael M. Baylson
United States District Judge

Re: United States vs. Kurt Krumpholz
Crim. No. 15-245

Dear Judge Baylson:

    In support of my ongoing, factual, allegations of harsh, dire, and inhumane conditions here at FCI Danbury, I respectfully point you to today's news reports regarding Connecticut Senators Murphy and Blumenthal's visit to inspect the facilities yesterday. This visit was prompted by numerous inmate's letters detailing the long list of violations the administration and the (woefully understaffed) staff members perpetrate on a daily basis; a set of circumstances which continues to make national news.

    The fact that two high-ranking Senators were denied access to inmate housing units, speaks for itself. The Senator's excoriating critique of their reception here leaves little room for doubt that the horrific conditions under which we are forced to do our time here are, in fact, true and factual. This is a very dangerous environment for any inmate to live in, let alone a man of my age and underlying chronic health issues. The Senator's visit also serves to underscore numerous allegations of a duplicitous administration that provides misinformation to the public.

    If conditions here are, as the government claims, adequate, and the staff's efforts to protect inmates laudible, why were two Senators prohibited from verifying such claims? The answer should be obvious by now.

    While it is true that all inmates, nationwide, experience altered

conditions and unfortunate restrictions due to the pandemic, inmates here at FCI Danbury continue to suffer and endure conditions that are unprecedented in the BOP. Just as important, those inmates who have been deemed "medically vulnerable" face a life-and-death dilemma each and every day under such circumstances.

As such, my request is simply to finish the (brief) remainder of my sentence at home under home confinement. This will not only get me out of harm's way but also lessen the burden on the already over-taxed staff here. I have already finalized my release papers and am very close to being transferred to halfway house. Granting me a very modest sentence reduction of 6 to 12 months would enable me to transfer immediately to home confinement where I will continue to be monitored by appropriate law enforcement authorities.

I thank you, again, for entertaining my pleas for help. I realize my request is extraordinary, yet they are merited given the very grave conditions I am living under. I appreciate your concern and consideration.

Respectfully,

*[signature]*

Kurt Krumpholz
77701-066
FCI Danbury
Rt. 37
Danbury, CT 06811

P.S. I apologize for the handwritten letters. We have no access to typewriters.

Kurt Krumpholz
79901-066
Federal Correction Institution
Pt-37
Danbury CT 06811

RECEIVED
FEB 10 2022

U.S.M.S.
X-RAY

WESTCHESTER NY 105
28 JAN 2022 PM 4 L

Court Clerk
United States District Court
Eastern District of Pennsylvania
600 Chestnut St.
Philadelphia, PA 19106